957 A.2d 232

In re Nomination Paper of Steven PORTER as Candidate of an Independent Political Body for United States Congress for the 3rd District in the General Election of November 4, 2008.

Appeal of Steven Porter.

Supreme Court of Pennsylvania.

Oct. 17, 2008.

1. Substituted as a party pursuant to Pa. R.A.P. 502(c).

### *ORDER*

PER CURIAM:

**AND NOW,** this 17th day of October, 2008, the order of the Commonwealth Court is AFFIRMED.